Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction



**FILED** AC
5/29/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for the

NORTHERN District of ILLINOIS

EASTERN Division

| | |
|---|---|
| NEW FRONTIER ELECTRICAL INC. / JAMES V. FOSTER | ) Case No. **1:20-CV-03254** |
| | ) |
| _____ | ) _(to be filled in by the Clerk's Office)_ |
| *Plaintiff(s)* | ) **JUDGE BUCKLO** |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) **MAGISTRATE JUDGE WEISMAN** |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| SEE ATTACHED | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | NEW FRONTIER ELECTRICAL INC. / JAMES V FOSTER |
| Street Address | 1107 GARVIN STREET |
| City and County | JOLIET AND WILL |
| State and Zip Code | IL. 60432 |
| Telephone Number | (815) 260-9473 |
| E-mail Address | NEWFRONTIERPOWER@MSN.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | TRUSTEES OF NECA |
| Job or Title *(if known)* | DAVID RUDER |
| Street Address | 1308 HOUBOLT RD. |
| City and County | JOLIET AND WILL |
| State and Zip Code | IL. 60431 |
| Telephone Number | (815) 729-2288 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | IBEW LOCAL 176 |
| Job or Title *(if known)* | MIKE CLEMMONS |
| Street Address | 1100 N. E. FRONTAGE RD. |
| City and County | JOLIET AND WILL |
| State and Zip Code | IL. 60431 |
| Telephone Number | (815) 729-1240 |
| E-mail Address *(if known)* | MC@IBEWLOCAL176.ORG |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)*  NEW FRONTIER ELECTRICAL CONST.  , is incorporated under the laws of the State of *(name)*    ILLINOIS                              ,
and has its principal place of business in the State of *(name)*
  ILLINOIS                          .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)*    IBEW LOCAL 176                    , is incorporated under

the laws of the State of *(name)*    ILLINOIS                    , and has its

principal place of business in the State of *(name)*                    .

Or is incorporated under the laws of *(foreign nation)*                    ,

and has its principal place of business in *(name)*                    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

OFFICES OF NEW FRONTIER ELECTRICAL SITUATED @ 1107 GARVIN STREET JOLIET, IL. 60432

B.    What date and approximate time did the events giving rise to your claim(s) occur?

12/27/19 @ 2:00PM

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED AFFIDAVIT

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

New Frontier Electrical Construction Inc. is a minority union electrical contracting firm based in Joliet, IL. The sole owner, Mr. James V. Foster and New Frontier Electrical would suffer an irreparable financial hardship in the event that New Frontier Electrical's contract with IBEW LOCAL 176 is terminated. Over the past 3 years New Frontier Electrical has had a gross income of approximately one million dollars. All work subcontracted to New Frontier Electrical is from General Contractors who are signatory to The AFL-CIO. If New Frontier Electrical's contract is terminated I will not be able to take care of my family and loose my home. Ninety percent of all work in Illinois is controlled by The Building Trades Council of The AFL-CIO. If New Frontier Electrical will not be awarded any contract if the firm is not signatory.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          05/29/2020

Signature of Plaintiff      *James V. Foster*

Printed Name of Plaintiff     JAMES V. FOSTER

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# New Frontier Electrical
**1107 Garvin St.**
**Joliet, Illinois 60432**
**(815) 260-WIRE (9473)**
**Email Address: NewFrontierPower@msn.com**

Re: Affidavit for Emergency TRO

May 29, 2020

To Whom It May Concern:

This affidavit is written under oath by the undersigned and sole owner of New Frontier Electrical Construction Inc. Mr. James V. Foster. New Frontier Electrical is a minority union electrical contracting firm based in Joliet, IL. New Frontier has been signatory as a contractor with IBEW Local 176 for about 11 years and (See Exhibit A), and its owner Mr. Foster has been working under the "owner in fact" status and a card carrying member for 11 years as well. In all Mr. Foster has been working in the electrical industry for over 30 years, from the age of 19. New Frontier Electrical has never been given the opportunity for a grievance hearing by Local 176 to dispute the facts of its contract being terminated (Exhibit B). Mr. Foster has attempted to contact the President of Local 176 Mike Clemmons upon receipt of the termination letter (Exhibit C) and has not received any communication from Local 176 regarding this matter. New Frontier Electrical has never received any correspondence from Local 176 regarding the employment of employees or the "owner in fact" status of James V. Foster. New Frontier Electrical is a small business which has hired men from Local 176 in the past (Exhibit D), subcontracted work to other union electrical contractors with a collective bargaining agreement with Local 176 (Exhibit E), and contrary to the termination letter New Frontier
currently has union electricians working for New Frontier Electrical (Exhibit F) on various projects. Being a small business in today's climate I am asking that The Honorable Judge grant a TRO against IBEW Local 176 as Local 176 intends to terminate its contract with New Frontier Electrical effective May 31, 2020. If IBEW Local 176 terminates its contract with New Frontier Electrical this would be catastrophic for New Frontier Electrical for the following reasons:

1) New Frontier Electrical Construction Inc. would suffer a financial hardship and an immediate irreparable loss from our contract being terminated with IBEW Local 176.

Yours Truly,

James V. Foster

"OFFICIAL SEAL"
E P STROUD
Notary Public, State of Illinois
My Commission Expires 9/9/2022

EXHIBIT A

## LETTER OF ASSENT – A

* In signing this letter of assent, the undersigned firm does hereby authorize [1] **Eastern IL Chapter, National Electrical Contractors Association** as its collective bargaining representative for all matters contained in or pertaining to the current and any subsequent approved [2] **Inside** labor agreement between the [1] **Eastern IL Chapter, National Electrical Contractor's Assoc** and Local Union [3] **176**, IBEW.

In doing so, the undersigned firm agrees to comply with, and be bound by, all of the provisions contained in said current and subsequent approved labor agreements. This authorization, in compliance with the current approved labor agreement, shall become effective on the [4] **14** day of **January**, **2010**. It shall remain in effect until terminated by the undersigned employer giving written notice to the [1] **Eastern IL Chapter, National Electrical Contractor's Assoc** and to the Local Union at least one hundred fifty (150) days prior to the then current anniversary date of the applicable approved labor agreement.

The Employer agrees that if a majority of its employees authorize the Local Union to represent them in collective bargaining, the Employer will recognize the Local Union as the NLRA Section 9(a) collective bargaining agent for all employees performing electrical construction work within the jurisdiction of the Local Union on all present and future jobsites.

In accordance with Orders issued by the United States District Court for the District of Maryland on October 10, 1980, in Civil Action HM-77-1302, if the undersigned employer is not a member of the National Electrical Contractors Association, this letter of assent shall not bind the parties to any provision in the above-mentioned agreement requiring payment into the National Electrical Industry Fund, unless the above Orders of Court shall be stayed, reversed on appeal, or otherwise nullified.

## SUBJECT TO THE APPROVAL OF THE INTERNATIONAL PRESIDENT, IBEW

[5] New Frontier Electrical Inc.     Ph# 815-260-9473
**Name of Firm**
PO Box 2251                          Fax# 800-854-6830
**Street Address/P.O. Box Number**
Joliet, IL 60434
**City, State (Abbr.) Zip Code**
[6] Federal Employer Identification No.:     13-4293959

**SIGNED FOR THE EMPLOYER**

BY [7] _James V Foster_ (original signature)

NAME [8] James V. Foster

TITLE/DATE President 1/14/10
12/16/09 BJ

**SIGNED FOR THE UNION** [3] **176** IBEW

BY [7] _David W Ubstuen_ (original signature)

NAME [8] David W Ubstuen

TITLE/DATE Business Manager

**APPROVED**
INTERNATIONAL OFFICE - I.B.E.W.
FEB 2 6 2010
Edwin D. Hill, President
This approval does not make the International a party to this agreement.

## INSTRUCTIONS (All items must be completed in order for assent to be accepted)

**[1] NAME OF CHAPTER OR ASSOCIATION**
Insert full name of NECA Chapter or Contractors Association involved.

**[2] TYPE OF AGREEMENT**
Insert type of agreement. Example: Inside, Outside Utility, Outside Commercial, Outside Telephone, Residential, Motor Shop, Sign, Tree Trimming, etc. The Local Union must obtain a separate assent to each agreement the employer is assenting to.

**[3] LOCAL UNION**
Insert Local Union Number.

**[4] EFFECTIVE DATE**
Insert date that the assent for this employer becomes effective. Do not use agreement date unless that is to be the effective date of this Assent.

**[5] EMPLOYER'S NAME & ADDRESS**
Print or type Company name & address.

**[6] FEDERAL EMPLOYER IDENTIFICATION NO.**
Insert the identification number which must appear on all forms filed by the employer with the Internal Revenue Service.

**[7] SIGNATURES**
**[8] SIGNER'S NAME**
Print or type the name of the person signing the Letter of Assent. International Office copy must contain actual signatures-not reproduced-of a Company representative as well as a Local Union officer.

A MINIMUM OF FIVE COPIES OF THE JOINT SIGNED ASSENTS MUST BE SENT TO THE INTERNATIONAL OFFICE FOR PROCESSING. AFTER APPROVAL, THE INTERNATIONAL OFFICE WILL RETAIN ONE COPY FOR OUR FILES, FORWARD ONE COPY TO THE IBEW DISTRICT VICE PRESIDENT AND RETURN THREE COPIES TO THE LOCAL UNION OFFICE. THE LOCAL UNION SHALL RETAIN ONE COPY FOR THEIR FILES AND PROVIDE ONE COPY TO THE SIGNATORY EMPLOYER AND ONE COPY TO THE LOCAL NECA CHAPTER.
IMPORTANT: These forms are printed on special paper and no carbon paper is required for duplicate copies. Remove from the pad enough copies of the form for a complete set and complete the form.

IBEW. FORM 302 REV. 9/01



**"Exhibit B"**

1100 N. E. FRONTAGE ROAD
JOLIET, ILLINOIS 60431
Phone 815.729.1240
Fax 815.729.2176

Electrical Work
for Electrical Workers

**International Brotherhood
of Electrical Workers**

**Local Union No. 176
Joliet, Illinois**

February 25, 2020

**By Regular and Certified Mail**
James Foster, President
New Frontier Electrical Inc.
1107 Garvin
Joliet, IL 60432

RE:     Notice of Termination from IBEW Local 176
Contractor:     New Frontier Electrical Inc.

Dear Mr. Foster:

IBEW Local 176, pursuant to the well established repudiation under the one man unit rule and
Section 1.02(a) of the IBEW 176—NECA Inside Agreement, hereby gives written notice of
termination of the Collective Bargaining Agreement between New Frontier Electrical Inc. and
IBEW 176—NECA at least 90 days prior to expiration.

This notice of termination is effective upon the expiration of the current agreement on May 31,
2020, pursuant to Section 1.01 of the IBEW 176—NECA Inside Agreement.

We are also giving notice to the Federal Mediation and Conciliation Service (FMCS).

Sincerely,

Michael J. Clemmons

IBEW Local 176

cc:     NECA—Eastern Illinois Chapter
FMCS
Illinois Department of Labor

From: james foster

Sent: Thursday, January 9, 2020 1:46 PM

To: mc@ibewlocal176.org <mc@ibewlocal176.org>

Subject: Please Call

Mike,

Jim Foster here from New Frontier Electrical.

Can you give me a call @ 815 260 9473

Thanks,

James V. Foster

President

New Frontier Electrical Construction Inc.

P.H. (815) 260-WIRE (9473)

**Exhibit D**

# New Frontier Electrical
### P. O. Box 2251
### Joliet, Illinois 60434
### (815) 260-WIRE (9473)
### Email Address: NewFrontierPower@msn.com

| | |
|---|---|
| PROPOSAL SUBMITTED TO | PHONE        DATE |
| TIMM ELECTRIC INC. | (815) 723-4501   10/24/2016 |
| STREET | JOB NAME |
| 17832 MILLS RD, | HOPE MANOR 3 |
| CITY, STATE, AND ZIP CODE | JOB LOCATION |
| JOLIET, IL. 60433 | 1331 EAGLE ST. JOLIET, IL. |
| DATE OF PLANS | JOB PHONE |
| PER AGREEMENT | |

### SUBMISSION OF SPECIFICATIONS AND/OR ESTIMATES

**NEW FRONTIER ELECTRICAL HEREBY SUBCONTRACTS THE SWITCHGEAR WORK IN MAIN GEAR ROOM & SWITCH GEAR WORK IN 2ND & 3RD FLOOR ELECTRICAL ROOMS. TO TIMM ELECTRIC AT THE LABOR RATE OF $100.00 PER HR PER MAN. PAYMENT DUE TO TIMM ELECTRIC 60 DAYS FROM INVOICE.**

**Payment Net 60**

**ALL OF THE ABOVE IS AGREED TO.**

Signature _James V. Foster NEW FRONTIER_

Signature _Thomas J. McGann G.M._



## New Frontier Electrical
P. O. Box 2251
Joliet, Illinois 60434
(815)-260-WIRE (9473)
Fax: (815) 364-4777
Email Address: NewFrontierPower@msn.com

PROPOSAL SUBMITTED TO
INDICOM ELECTRIC
STREET
1026 MOEN AVE.
CITY, STATE, AND ZIP CODE
ROCKDALE, IL. 60436
DATE OF PLANS
PER AGREEMENT

PHONE          DATE
(815) 725-7993    6/15/16
JOB NAME
HOPE MANOR 3
JOB LOCATION
JOLIET, IL.
JOB PHONE

### SUBMISSION OF SPECIFICATIONS AND/OR ESTIMATES
NEW FRONTIER ELECTRICAL HEREBY SUBCONTRACTS TOOLS, EXCAVATION & LABOR TO INDICOM ELECTRIC FOR THE ELECTRICAL CONSTRUCTION OF BLDG 1 AKA HOPE MANOR 3 VETERANS HOUSING.

Proposal: NOT TO EXCEED TEN THOUSAND DOLLARS ($10,000.00)

Payment Net 30 For Progress Payments.

ALL OF THE ABOVE IS AGREED TO.

Signature _____

Signature _____
Office/Credit Manager

**"Exhibit F"**

## for 2019: Employer's QUARTERLY Federal Tax Return

Department of the Treasury — Internal Revenue Service

950117

OMB No. 1545-0029

Identification number (EIN)  13-4293959

Name (not your trade name)  NEW FRONTIER ELECTRICIAL CONSTRUCTION

Trade name (if any)  NEW FRONTIER ELECTRICIAL CONSTRUCTION

Address  1107 GARVIN ST

| Number | Street | | Suite or room number |
|---|---|---|---|
| JOLIET | | IL | 60432 |
| City | | State | ZIP code |

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

**Report for this Quarter of 2019**
(Check one.)

☐ 1: January, February, March

☐ 2: April, May, June

☐ 3: July, August, September

☒ 4: October, November, December

Go to *www.irs.gov/Form941* for instructions and the latest information.

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1:   Answer these questions for this quarter.**

| | | | |
|---|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), or *Dec. 12* (Quarter 4) | 1 | 3 |
| 2 | Wages, tips, and other compensation | 2 | 16692.73 |
| 3 | Federal income tax withheld from wages, tips, and other compensation | 3 | 1834.32 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax | ☐ Check and go to line 6. | |

| | | Column 1 | | Column 2 |
|---|---|---|---|---|
| 5a | Taxable social security wages | 16692.73 | × 0.124 = | 2069.90 |
| 5b | Taxable social security tips | | × 0.124 = | |
| 5c | Taxable Medicare wages & tips | 16692.73 | × 0.029 = | 484.09 |
| 5d | Taxable wages & tips subject to Additional Medicare Tax withholding | | × 0.009 = | |

| | | | |
|---|---|---|---|
| 5e | Add Column 2 from lines 5a, 5b, 5c, and 5d | 5e | 2553.99 |
| 5f | Section 3121(q) Notice and Demand—Tax due on unreported tips (see instructions) | 5f | |
| 6 | Total taxes before adjustments. Add lines 3, 5e, and 5f | 6 | 4388.31 |
| 7 | Current quarter's adjustment for fractions of cents | 7 | |
| 8 | Current quarter's adjustment for sick pay | 8 | |
| 9 | Current quarter's adjustments for tips and group-term life insurance | 9 | |
| 10 | Total taxes after adjustments. Combine lines 6 through 9 | 10 | 4388.31 |
| 11 | Qualified small business payroll tax credit for increasing research activities. Attach Form 8974 | 11 | |
| 12 | Total taxes after adjustments and credits. Subtract line 11 from line 10 | 12 | 4388.31 |
| 13 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayments applied from Form 941-X, 941-X (PR), 944-X, or 944-X (SP) filed in the current quarter | 13 | |
| 14 | Balance due. If line 12 is more than line 13, enter the difference and see instructions | 14 | 4388.31 |
| 15 | Overpayment. If line 13 is more than line 12, enter the difference | | Check one: ☐ Apply to next return.  ☐ Send a refund. |

▶ You MUST complete both pages of Form 941 and SIGN it.

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.

Next ▶

0000/1024    Form **941** (Rev. 1-2019)